

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00217-CR

Juan **HERNANDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11271
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Ms. Kay Gittinger has filed a second Notification of Late Record in this court requesting additional time to prepare the reporter's record in this appeal. The record was originally due May 21, 2018. Ms. Gittinger was previously given an additional thirty days in which to file the record. It is therefore ORDERED that Ms. Gittinger file the record in this court no later than July 20, 2018. If the record is not received by such date, an order may be issued directing Ms. Gittinger to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Gittinger by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court